**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorneys for Defendant Lincoln Life
Assurance Company of Boston

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cari Rockwell,<br><br>                    Plaintiff,<br>          vs.<br><br>Lincoln Life Assurance Company of Boston,<br><br>                    Defendant. | Case No. 2:20-CV-00464-SRB<br><br>**DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S ANSWER TO PLAINTIFF'S COMPLAINT** |

For its Answer to Plaintiff's Complaint, Defendant Lincoln Life Assurance Company of Boston ("Lincoln Life"), admits, denies, and alleges as follows:

*Jurisdiction*

1.     Lincoln Life admits that Plaintiff's claims are governed by Section 502 of ERISA (29 U.S.C. § 1132(a)(1)(B)), but Lincoln Life denies that Plaintiff is entitled to any such relief.  Lincoln Life denies all remaining allegations contained in Paragraph 1 of the Complaint.

1

*Parties*

2.      Lincoln Life is without sufficient knowledge to either admit or deny Plaintiff's current residence, and accordingly, denies all allegations contained in Paragraph 2 of the Complaint.

3.      Lincoln Life admits that Micro Focus (US), Inc. ("Micro Focus") sponsored the Micro Focus (US), Inc. Long-Term Disability Income Plan (the "LTD Plan") to provide disability benefits to certain Micro Focus employees.  Lincoln Life admits that it issued Group Disability Income Policy Number GF3-830-510682-01 (the "Policy") to Micro Focus.  Lincoln Life admits that, at certain times, the Policy insured benefits from the LTD Plan under the terms of the Policy.  Lincoln Life admits the governing jurisdiction of the Policy is Maryland.  Lincoln Life is without knowledge or information sufficient to form a belief regarding the status of Micro Focus as legal entity, and accordingly, denies this and all remaining allegations contained in Paragraph 3 of the Complaint.

4.      Lincoln Life admits that it issued the Policy to Micro Focus and that GF3-830-510682-01 is the correct Policy Number.  Lincoln Life denies all remaining allegations contained in Paragraph 4 of the Complaint.

5.      Lincoln Life admits that Micro Focus sponsored the LTD Plan to provide disability benefits to certain Micro Focus employees.   Lincoln Life denies all remaining allegations contained in Paragraph 5 of the Complaint.

6.      Lincoln Life admits that the LTD Plan is an employee welfare benefit plan within the meaning of 29 U.S.C. § 1002.  Lincoln Life admits that Micro Focus sponsored the LTD Plan to provide disability benefits to certain Micro Focus

employees.  Lincoln Life denies all remaining allegations contained in Paragraph 6 of the Complaint.

7.      Lincoln Life admits that the LTD Plan is an employee welfare benefit plan within the meaning of 29 U.S.C. § 1002 and that that Plaintiff's claims are governed by ERISA.  Lincoln Life denies all remaining allegations contained in Paragraph 7 of the Complaint.

8.      Lincoln Life admits that it was, at certain times, the claim administrator for benefits paid from the LTD Plan under the Policy.  Lincoln Life denies all remaining allegations contained in Paragraph 8 of the Complaint.

9.      To the extent that the allegations contained in Paragraph 9 constitute legal conclusions, Lincoln Life is not required to respond.  To the extent a response is required, Lincoln Life denies all allegations contained in Paragraph 9 of the Complaint.

10.      Lincoln Life admits that it was, at certain times, the claim administrator for benefits paid from the LTD Plan under the Policy.  Lincoln Life admits that, at certain times, the Policy insured benefits from the LTD Plan under the terms of the Policy.  Lincoln Life denies all remaining allegations contained in Paragraph 10 of the Complaint.

11.      Lincoln Life admits that it was, at certain times, the claim administrator for benefits paid from the LTD Plan under the Policy.  Lincoln Life admits that, at certain times, the Policy insured benefits from the LTD Plan under the terms of the Policy. Lincoln Life denies all remaining allegations contained in Paragraph 11 of the Complaint.

12.     Lincoln Life admits that, at certain times, the Policy insured benefits from the LTD Plan under the terms of the Policy.  Lincoln Life denies all remaining allegations contained in Paragraph 12 of the Complaint.

13.     Lincoln Life admits venue is correct in this Court, but denies that all events asserted in the Complaint occurred in Maricopa County, Arizona.  Lincoln Life denies all remaining allegations contained in Paragraph 13 of the Complaint.

### *Venue*

14.     Lincoln Life admits venue of this action is proper in this Court.  Lincoln Life denies all remaining allegations contained in Paragraph 14 of the Complaint.

### *Nature of the Complaint*

15.     Lincoln Life admits Plaintiff was, at certain times, employed by Micro Focus and a participant in the LTD Plan.  Lincoln Life denies all remaining allegations contained in Paragraph 15 of the Complaint.

16.     Lincoln Life admits that, by this action, Plaintiff seeks to recover benefits from the LTD Plan under the Policy, along with other benefits, but Lincoln Life denies that Plaintiff is entitled to any such relief.  Lincoln Life admits the Policy includes language pertaining to the definitions of "Disabled" or "Disability" and "Own Occupation," as applicable to a participant's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the Policy itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 16 of the Complaint.

17.     Lincoln Life admits Plaintiff was, at certain times, a participant in the LTD Plan and employed by Micro Focus as an Account Executive.  Lincoln Life

4

admits the Policy includes language pertaining to the definitions of "Disabled" or "Disability" and "Pre-Existing Condition" as applicable to a participant's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the Policy itself as the best evidence of its contents. Lincoln Life admits that certain medical treatment and complaints of Plaintiff are reflected in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life admits Plaintiff's last day of work at Micro Focus was on or about August 6, 2018. Lincoln Life denies all remaining allegations contained in Paragraph 17 of the Complaint.

18.    Upon information and belief, Lincoln Life admits the allegations contained in Paragraph 18 of the Complaint.

19.    Lincoln Life admits Plaintiff submitted a claim for benefits from the Micro Focus (US), Inc. Short Term Disability Plan (the "STD Plan") and that Plaintiff received, at certain times, benefits from the STD Plan. Lincoln Life denies all remaining allegations contained in Paragraph 19 of the Complaint.

20.    Lincoln Life admits Plaintiff submitted a claim for benefits from the STD Plan and that Plaintiff received, at certain times, benefits from the STD Plan. To the extent that the allegations contained in Paragraph 20 seek to interpret the provisions of the STD Summary Plan Description, Lincoln Life refers to the STD Plan documents themselves as the best evidence of their contents. Lincoln Life denies all remaining allegations contained in Paragraph 20 of the Complaint.

21.    Lincoln Life admits the allegations contained in Paragraph 21 of the Complaint.

22.    Lincoln Life admits that Plaintiff received, at certain times, benefits from the STD Plan.  Lincoln Life admits that Plaintiff submitted a claim for benefits from the LTD Plan under the Policy.  Lincoln Life denies all remaining allegations contained in Paragraph 22 of the Complaint.

23.    Lincoln Life admits that it was, at certain times, the claim administrator for benefits paid from the LTD Plan under the Policy.  To the extent that the allegations contained in Paragraph 23 seek to interpret the provisions of the Policy, Lincoln Life refers to the Policy itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 23 of the Complaint.

24.    Lincoln Life admits the Policy includes language pertaining to the definitions of "Disabled" or "Disability" as applicable to a participant's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the Policy itself as the best evidence of its contents.  To the extent that the allegations contained in Paragraph 24 seek to interpret the provisions of the Policy, Lincoln Life refers to the Policy itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 24 of the Complaint.

25.    Lincoln Life admits the Policy includes language pertaining to the definition of "Pre-Existing Condition" as applicable to a participant's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the Policy itself as the best evidence of its contents.  To the extent that the allegations contained in Paragraph 25 seek to interpret the provisions of the Policy, Lincoln Life refers to the

6

Policy itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 25 of the Complaint.

26.    Lincoln Life admits that certain medical treatment and complaints of Plaintiff are reflected in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  To the extent that the allegations contained in Paragraph 26 seek to interpret the provisions of the Policy, Lincoln Life refers to the Policy itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 26 of the Complaint.

27.    Lincoln Life admits that certain medical treatment and complaints of Plaintiff are reflected in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  To the extent that the allegations contained in Paragraph 27 seek to interpret the provisions of the Policy, Lincoln Life refers to the Policy itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 27 of the Complaint.

28.    Lincoln Life admits that certain medical treatment and complaints of Plaintiff are reflected in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  To the extent that the allegations contained in Paragraph 28 seek to interpret the provisions of the Policy, Lincoln Life refers to the Policy itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 28 of the Complaint.

29.     Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 29 of the Complaint.

30.     Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 30 of the Complaint.

31.     Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 31 of the Complaint.

32.     Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 32 of the Complaint.

33.     Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best

evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 33 of the Complaint.

34. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 34 of the Complaint.

35. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 35 of the Complaint.

36. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 36 of the Complaint.

37. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 37 of the Complaint.

38.    Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 38 of the Complaint.

39.    Lincoln Life denies all allegations contained in Paragraph 39 of the Complaint.

40.    Lincoln Life admits that it sent a letter to Plaintiff dated November 15, 2018, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 40 of the Complaint.

41.    Lincoln Life denies that it violated any provision of ERISA with regard to Plaintiff's claim for benefits and denies all allegations contained in Paragraph 41 of the Complaint.

42.    Lincoln Life denies all allegations contained in Paragraph 42 of the Complaint.

43.    Lincoln Life denies all allegations contained in Paragraph 43 of the Complaint.

44.    Lincoln Life denies all allegations contained in Paragraph 44 of the Complaint.

45.    Lincoln Life admits it received an appeal and additional documentation from Plaintiff.  Lincoln Life denies all remaining allegations contained in Paragraph 45 of the Complaint.

46.    Lincoln Life admits it received an appeal and additional documentation from Plaintiff.  Lincoln Life admits the Policy includes language pertaining to the definitions of "Disabled" or "Disability" and "any occupation" as applicable to a participant's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the Policy itself as the best evidence of its contents.  To the extent that the allegations contained in Paragraph 46 seek to interpret the provisions of the Policy, Lincoln Life refers to the documents governing the Policy as the best evidence of their contents.   Lincoln Life admits that certain medical treatment and complaints of Plaintiff are reflected in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 46 of the Complaint.

47.    Lincoln Life admits it received an appeal and additional documentation from Plaintiff.  Lincoln Life admits that certain medical treatment and complaints of Plaintiff are reflected in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 47 of the Complaint.

48.    Lincoln Life admits it received an appeal and additional documentation from Plaintiff.  Lincoln Life admits that certain medical treatment and complaints of Plaintiff are reflected in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the

administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 48 of the Complaint.

49.     Lincoln Life admits it received an appeal and additional documentation from Plaintiff.  Lincoln Life admits that certain medical treatment and complaints of Plaintiff are reflected in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 49 of the Complaint.

50.     Lincoln Life admits it received an appeal and additional documentation from Plaintiff.  Lincoln Life admits that certain medical treatment and complaints of Plaintiff are reflected in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 50 of the Complaint.

51.     Lincoln Life admits it received an appeal and additional documentation from Plaintiff.  Lincoln Life admits that certain medical treatment and complaints of Plaintiff are reflected in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 51 of the Complaint.

52.     Lincoln Life admits it received an appeal and additional documentation from Plaintiff.  Lincoln Life admits that certain medical treatment and complaints of Plaintiff are reflected in the administrative record regarding Plaintiff's claim for

benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 52 of the Complaint.

53. Lincoln Life admits that certain vocational information concerning Plaintiff is reflected in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 53 of the Complaint.

54. Lincoln Life admits it received an appeal and additional documentation from Plaintiff, including a sworn affidavit, and Lincoln Life refers to the affidavit itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 54 of the Complaint.

55. Lincoln Life admits it received an appeal and additional documentation from Plaintiff, including a sworn affidavit, and Lincoln Life refers to the affidavit itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 55 of the Complaint.

56. Lincoln Life admits it received an appeal and additional documentation from Plaintiff. Lincoln Life admits that certain medical treatment and complaints of Plaintiff are reflected in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 56 of the Complaint.

57.    Lincoln Life admits it received an appeal and additional documentation from Plaintiff, and Lincoln Life refers to the documents themselves as the best evidence of the contents.  Lincoln Life denies all remaining allegations contained in Paragraph 57 of the Complaint.

58.    Lincoln Life admits that physician peer reviews, independent examinations, and occupational analysis/vocational reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 58 of the Complaint.

59.    Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 59 of the Complaint.

60.    Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 60 of the Complaint.

61.    Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best

evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 61 of the Complaint.

62.    Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 62 of the Complaint.

63.    Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 63.

64.    Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 64 of the Complaint. of the Complaint.

65.    Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 65 of the Complaint.

66.    Lincoln Life admits that it sent a letter to Plaintiff's counsel dated July 17, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 66 of the Complaint.

67.    Lincoln Life admits that it received a letter from Plaintiff's counsel dated July 30, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 67 of the Complaint.

68.    Lincoln Life admits that it received a letter from Plaintiff's counsel dated July 30, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 68 of the Complaint.

69.    Lincoln Life admits that it received a letter from Plaintiff's counsel dated July 30, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 69 of the Complaint.

70.    Lincoln Life admits that it sent a letter to Plaintiff's counsel dated September 10, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 70 of the Complaint.

71.    Lincoln Life admits that it received a letter from Plaintiff's counsel dated October 11, 2019, along with additional documentation, and Lincoln Life refers to the

16

letter and documents themselves as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 71 of the Complaint.

72.    Lincoln Life admits that certain medical treatment and complaints of Plaintiff are reflected in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 72 of the Complaint.

73.    Lincoln Life admits that it received a letter from Plaintiff's counsel dated October 11, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 73 of the Complaint.

74.    Lincoln Life admits that it sent letters to Plaintiff's counsel dated November 14, 2019, and November 20, 2019, and Lincoln Life refers to the letters themselves as the best evidence of their contents. Lincoln Life denies all remaining allegations contained in Paragraph 74 of the Complaint.

75.    Lincoln Life admits that it received a letter from Plaintiff's counsel dated October 24, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 75 of the Complaint.

76.    Lincoln Life admits that it sent letters to Plaintiff's counsel dated November 14, 2019, and November 20, 2019, and Lincoln Life refers to the letters themselves as the best evidence of their contents. Lincoln Life denies all remaining allegations contained in Paragraph 76 of the Complaint.

77.    Lincoln Life denies all allegations contained in Paragraph 77 of the Complaint.

78.    Lincoln Life denies all allegations contained in Paragraph 78 of the Complaint.

79.    Lincoln Life admits that it sent a letter to Plaintiff's counsel dated November 20, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 79 of the Complaint.

80.    Lincoln Life admits that it sent a letter to Plaintiff's counsel dated November 20, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 80 of the Complaint.

81.    Lincoln Life admits that Micro Focus sponsored the Micro Focus (US), Inc. Life Insurance Plan (the "Life Plan") to provide life benefits to certain Micro Focus employees.  Lincoln Life admits that Plaintiff was, at certain times, employed by Micro Focus and a participant in the Life Plan.  Lincoln Life admits that it issued Group Life Insurance Policy Number SA3-830-510682-01 (the "Life Policy") to Micro Focus and that, at certain times, the Life Policy insured life benefits from the Life Plan under the terms of the Policy.  To the extent that the allegations contained in Paragraph 81 seek to interpret the provisions of the Life Policy, Lincoln Life refers to the Life Policy itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 81 of the Complaint.

82.     Lincoln Life admits the Life Policy includes language pertaining to the definitions of "Total Disability" or "Totally Disabled" as applicable to a participant's claim for life waiver of premium ("LWOP") benefits from the Life Plan under the Life Policy, and Lincoln Life refers to the Life Policy itself as the best evidence of its contents.  To the extent that the allegations contained in Paragraph 82 seek to interpret the provisions of the Life Policy, Lincoln Life refers to the Life Policy itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 82 of the Complaint.

83.     Lincoln Life admits the Life Policy includes language pertaining to the definition of "Totally Disabled" as applicable to a participant's claim for LWOP benefits from the Life Plan under the Life Policy, and Lincoln Life refers to the Life Policy itself as the best evidence of its contents.  Lincoln Life admits the Policy includes language pertaining to the definition of "Disabled" as applicable to a participant's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the Policy itself as the best evidence of its contents.  To the extent that the allegations contained in Paragraph 83 seek to interpret the provisions of the Policy and the Life Policy, Lincoln Life refers to the Policy and the Life Policies themselves as the best evidence of their contents.  Lincoln Life denies all remaining allegations contained in Paragraph 83 of the Complaint.

84.     Lincoln Life admits that it sent a letter to Plaintiff's counsel dated November 15, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 84 of the Complaint.

85.    Lincoln Life admits that it sent a letter to Plaintiff's counsel dated November 15, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 85 of the Complaint.

86.    Lincoln Life denies all allegations contained in Paragraph 86 of the Complaint.

87.    Lincoln Life denies all allegations contained in Paragraph 87 of the Complaint.

88.    Lincoln Life denies all allegations contained in Paragraph 88 of the Complaint.

89.    Lincoln Life denies all allegations contained in Paragraph 89 of the Complaint.

90.    Lincoln Life denies that it violated any provision of ERISA with regard to Plaintiff's claim for benefits and denies all allegations contained in Paragraph 90 of the Complaint.

91.    Lincoln Life denies that it violated any provision of ERISA with regard to Plaintiff's claim for benefits and denies all allegations contained in Paragraph 91 of the Complaint.

92.    Lincoln Life denies that it violated any provision of ERISA with regard to Plaintiff's claim for benefits and denies all allegations contained in Paragraph 92 of the Complaint.

93.    Lincoln Life admits that it sent a letter to Plaintiff's counsel dated November 20, 2019, and Lincoln Life refers to the letter itself as the best evidence of

its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 93 of the Complaint.

94.    Lincoln Life denies all allegations contained in Paragraph 94 of the Complaint.

95.    Lincoln Life denies that it violated any provision of ERISA with regard to Plaintiff's claim for benefits and denies all allegations contained in Paragraph 95 of the Complaint.

96.    Lincoln Life denies that it violated any provision of ERISA with regard to Plaintiff's claim for benefits and denies all allegations contained in Paragraph 96 of the Complaint.

97.    Lincoln Life denies that it violated any provision of ERISA with regard to Plaintiff's claim for benefits and denies all allegations contained in Paragraph 97 of the Complaint.

98.    Lincoln Life denies that it violated any provision of ERISA with regard to Plaintiff's claim for benefits and denies all allegations contained in Paragraph 98 of the Complaint.

99.    Lincoln Life denies that it violated any provision of ERISA with regard to Plaintiff's claim for benefits and denies all allegations contained in Paragraph 99 of the Complaint.

100.    Lincoln Life denies that it violated any provision of ERISA with regard to Plaintiff's claim for benefits and denies all allegations contained in Paragraph 100 of the Complaint.

101.    Lincoln Life denies all allegations contained in Paragraph 101 of the Complaint.

102.    To the extent that the allegations contained in Paragraph 102 constitute legal conclusions, Lincoln Life is not required to respond.  To the extent a response is required, Lincoln Life denies that it violated any provision of ERISA with regard to Plaintiff's claim for benefits and denies all allegations contained in Paragraph 102 of the Complaint.

103.    Lincoln Life denies all allegations contained in Paragraph 103 of the Complaint.

104.    Lincoln Life denies all allegations contained in Paragraph 104 of the Complaint.

105.    Lincoln Life denies all allegations contained in Paragraph 105 of the Complaint.

106.    Lincoln Life denies all allegations contained in Paragraph 106 of the Complaint.

107.    Lincoln Life denies all allegations contained in Paragraph 107 of the Complaint.

108.    Lincoln Life admits the allegations contained in Paragraph 108 of the Complaint.

109.    Lincoln Life admits the Policy states that "Policy Anniversaries shall occur each July 1st beginning in 2019."  Liberty Life denies all remaining allegations contained in Paragraph 109 of the Complaint.

110.    Lincoln Life admits the Policy states that "Policy Anniversaries shall occur each July 1st beginning in 2019."  Liberty Life denies all remaining allegations contained in Paragraph 110 of the Complaint.

111.    To the extent that Paragraph 111 contains legal conclusions, Lincoln Life is not required to answer.  Lincoln Life admits the Policy includes language pertaining to discretionary authority, and Lincoln Life refers to the Policy itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 111 of the Complaint.

112.    To the extent that Paragraph 112 contains legal conclusions, Lincoln Life is not required to answer.

113.    To the extent that Paragraph 113 contains legal conclusions, Lincoln Life is not required to answer.  Lincoln Life admits the Policy includes language pertaining to discretionary authority, and Lincoln Life refers to the Policy itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 113 of the Complaint.

114.    To the extent that Paragraph 114 contains legal conclusions, Lincoln Life is not required to answer.  Lincoln Life admits the Policy includes language pertaining to the definitions of "Own Occupation," "Disabled" or "Disability," and "Pre-Existing Condition" as applicable to a participant's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the Policy itself as the best evidence of its contents.  Lincoln Life denies all remaining allegations contained in Paragraph 114 of the Complaint.

115.    Lincoln Life denies all allegations contained in Paragraph 115 of the Complaint.

116.    Lincoln Life denies all allegations contained in Paragraph 116 of the Complaint.

117.    Lincoln Life admits that, by this action, Plaintiff seeks to recover benefits from the LTD Plan under the Policy, along with LWOP and other benefits, but Lincoln Life denies that Plaintiff is entitled to any such relief.    Lincoln Life denies all remaining allegations contained in Paragraph 117 of the Complaint.

118.    Lincoln Life admits that, by this action, Plaintiff seeks to recover benefits from the LTD Plan under the Policy, along with other benefits, but Lincoln Life denies that Plaintiff is entitled to any such relief.    Lincoln Life denies all remaining allegations contained in Paragraph 118 of the Complaint.

119.    Lincoln Life denies all allegations contained in Paragraph 119 of the Complaint.

120.    Lincoln Life denies all allegations contained in Paragraph 120 of the Complaint.

Lincoln Life denies all allegations contained in the WHEREFORE Paragraph of the Complaint and denies Plaintiff is entitled to the relief sought in the Prayer of the Complaint.

Lincoln Life denies all allegations contained in the Complaint not specifically admitted to herein.

## **AFFIRMATIVE DEFENSES**

1. The Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

2. The standard of review by the District Court in this case should be whether the decision to deny Plaintiff's claim for benefits from the LTD Plan under the Policy was an abuse of discretion because the relevant plan documents contain sufficient discretionary language to invoke that standard.

3. Plaintiff's recovery of benefits, if any, from Lincoln Life is subject to an offset pursuant to the terms of the Policy and the documents governing the LTD Plan, which require offset and/or repayment of other income including earnings by Plaintiff or any award of other benefits, including any disability benefits Plaintiff or Plaintiff's dependents receive from the Social Security Administration.

4. Plaintiff has failed to exhaust administrative remedies regarding any specific claims, issues, or rationales that Plaintiff failed to raise in support of Plaintiff's claim or during the administrative review process.

5. To the extent that Plaintiff seeks recovery from Defendants other than past benefits from the Plan or attorneys' fees, such recovery is not permitted under ERISA.

6. Plaintiff has failed to state a claim under 29 USC § 1132(a)(3) upon which relief can be granted in that Plaintiff seeks recovery for the same alleged acts and omissions for which suit is brought under 29 USC § 1132(a)(1)(B).

7. Lincoln Life reserves the right to assert additional defenses.

## PRAYER

Lincoln Life requests that the Court enter judgment that Plaintiff recovers nothing by this action, that Lincoln Life be awarded its attorneys' fees and costs pursuant to 29 U.S.C. § 1132(g), and that Lincoln Life be awarded such other and further relief to which it may show itself entitled.

RESPECTFULLY SUBMITTED this 18th day of May 2020.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By:      /s/ Iwana Rademaekers
Iwana Rademaekers
Attorneys for Defendant Lincoln
Life Assurance Company of Boston

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Scott E. Davis
davis@scottdavispc.com
Attorneys for Plaintiff

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.