Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Cari Rockwell*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cari Rockwell, | Case No.  2:20-cv-00464-SRB |
| Plaintiff, | **NOTICE RE: PLAINTIFF'S INITIAL DISCLOSURE STATEMENT SERVED** |
| v. | |
| Lincoln Life Assurance Company of Boston, | |
| Defendant. | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Plaintiff's Initial Disclosures mandated by Rule 26 (a)(1) of the Federal Rules of Civil Procedure, were served on Defendant's counsel by email on June 23, 2020.

RESPECTFULLY SUBMITTED this 23rd day of June, 2020.

SCOTT E. DAVIS, P.C.

By:  */s/ Scott E. Davis*
Scott E. Davis
Attorney for Plaintiff

-1-

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2020 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Iwana Rademaekers, Esq.
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
iwana@rademaekerslaw.com

By: */s/ Lisa L. Martinez*
An employee of Scott E. Davis, P.C.