**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cari Rockwell, | Case No.:  2:20-cv-00464-SRB |
| Plaintiff, | **NOTICE OF SERVICE** |
| v. | |
| Lincoln Life Assurance Company of Boston, | |
| Defendant. | |

Notice is hereby given that Defendant served its Rule 26 Initial Disclosure Statement upon Plaintiff's counsel via electronic mail on June 30, 2020.

RESPECTFULLY SUBMITTED this 30th day of June 2020.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By:     /s/ Iwana Rademaekers
Iwana Rademaekers
Attorneys for Defendant

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2020, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Scott E. Davis
davis@scottdavispc.com
Attorneys for Plaintiff

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.