UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cari Rockwell, | Case No.:  2:20-cv-00464-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Lincoln Life Assurance Company of Boston, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice.  Each side will bear its own attorney's fees and costs.

Dated this 13th day of October, 2020.

Susan R. Bolton
United States District Judge